USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/17/2019

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JULIAN ANTONIO LANTIGUA CABA, *individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

ELEGANT LINEN OF NY INC (D/B/A BARGAIN STORE), HAISAM I. ABADI, and ASHI DOE,

*Defendants.*

-----------------------------------------------------------------X

Case No. 19-cv-7302 (VEC)

**DEFAULT JUDGMENT**

## JUDGMENT

On August 5, 2019, this action was commenced by Plaintiff's filing of the complaint and this Court's issuance of the summons. Defendant Elegant Linen of NY Inc. (d/b/a Bargain Store) having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Michael Faillace and Associates, P.C., the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Julian Antonio Lantigua Caba have judgment against defendant Elegant Linen of NY Inc. (d/b/a Bargain Store), in an amount to be determined following additional proceedings in this action.

Dated: December 17, 2019

_____
District Judge Valerie E. Caproni