# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165              Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/04/2020
```

June 4, 2020

**MEMO ENDORSED**

**BY ECF**
Hon. Valerie E. Caproni
U.S.D.J., Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Lantigua –Caba v. Elegant Linen of NY Inc. et al;
              19-cv-07302-VEC

Dear Judge Caproni:

      We represent Plaintiff Julian Antonio Lantigua-Caba in the above-referenced matter. I write to provide the Court with a status update regarding the settlement between Plaintiff and defendant Abadi, and to respectfully request an adjournment of the conference scheduled for tomorrow, June 5, 2020. Defendants join in the request. We apologize for our delay in submitting this letter.

      The parties remain committed to the settlement they have reached. The final language of the settlement agreement has been agreed to. The only reason for the delay is that we have experienced difficulties in having Plaintiff Lantigua-Caba sign the agreement before a notary, due to the COVID-19 pandemic. I understand that defendant Abadi has not yet signed the agreement either, and will do so as soon as Plaintiff Lantigua-Caba signs.

      Counsel have already prepared the *Cheeks* fairness submission. Once the agreement is signed and notarized by both parties, we will submit the settlement agreement for approval.

      We respectfully request a two week adjournment of the conference. This is the first request for an adjournment.

We thank the Court for its attention to this matter.  Please do not hesitate to contact us should you need any more information.

Respectfully Submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

---

Settlement approval papers must be filed by **June 12, 2020**.  The June 5 teleconference is adjourned to **June 19, 2020, at 10:00 A.M.**  All parties and interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 7302.  The parties are advised to comply with the Court's orders and deadlines, which should not require multiple reminders from chambers before compliance.

SO ORDERED.                              Date: 06/04/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE