**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JULIAN ANTONIO LANTIGUA CABA,

Case No. 19-cv-7302 (VEC)

*Plaintiff,*

**DEFAULT JUDGMENT**

-against-

ELEGANT LINEN OF NY INC (D/B/A BARGAIN
STORE)  and HAISAM I. ABADI,

*Defendants.*
----------------------------------------------------------------X

On August 5, 2019, this action was commenced by Plaintiff's filing of the complaint and this Court's issuance of the summons.  Defendant Elegant Linen of NY Inc. (d/b/a Bargain Store) having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Michael Faillace and Associates, P.C., the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Julian Antonio Lantigua Caba have judgment against defendant Elegant Linen of NY Inc. (d/b/a Bargain Store), with prejudgment interest at the rate of 9% per annum calculated from the midpoint of Plaintiff's employment (May 16, 2018) until December 17, 2019, the date the default Judgment was entered in the following amount:

| | |
|---|---|
| Unpaid Wages and Overtime: | $58,281.00 |
| Liquidated Damages for Unpaid Wages/OT: | $58,281.00 |
| Spread of Hours Pay: | $5,901.00 |
| Liq. Damages for Spread of Hours Pay: | $5,901.00 |
| Pre Judgement Interest on Wages: | $8,335.68 |

Pre Judgement Interest on Spread of Hours:          $843.92

Total Damages:                                      $137,543.60

Less Settlement Amount:                     -       $27,000.00

TOTAL JUDGEMENT AGAINST DEFENDANT:                  $110,543.60

The Clerk of Court is respectfully directed to enter judgment in the amount of $110,543.60 against Defendant Elegant Linen of NY Inc.  The Clerk is further directed to terminate all open motions and to close this case.


Dated:  __May 3__ , 2021


_____
District Judge Valerie E. Caproni